FILED

FEB 2 2 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN DESHAWN ROSS,<br><br>    Petitioner,<br><br>vs.<br><br>M. JUNIOUS, Warden,<br><br>    Respondent. | No. C 10-0275 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>(Docket No. 5) |

Good cause appearing, Petitioner's request for an extension of time in which to file a traverse (document number 5), to and including **April 18, 2011**, is GRANTED.

IT IS SO ORDERED.

DATED: 02/22/11

                                          JEFFREY S. WHITE
                                          United States District Judge